IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Kathleen M. Tafoya**

Civil Action No. 08-cv-02225-REB-KMT

JERELYN BOWER,

    Plaintiff,

v.

THE BOARD OF COUNTY COMMISSIONERS OF THE COUNTY OF JEFFERSON, COLORADO,

    Defendant.

---

## MINUTE ORDER

---

**ORDER ENTERED BY MAGISTRATE JUDGE KATHLEEN M. TAFOYA**

The "Uncontested Motion for Entry of Stipulated Protective Order" (Doc. No. 14, filed January 29, 2009) is **GRANTED**. The Clerk shall file the "Uncontested Motion for Entry of Stipulated Protective Order" with the court.

Dated: January 30, 2009